UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT COURTNEY,

    Plaintiff,

v().                                    Case No. 5:16cv14/LC/CJK

CORIZON HEALTH CARE, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

On January 22, 2016, the undersigned entered an order noting that although plaintiff filed a complaint under 42 U.S.C. § 1983, he neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis* (doc. 3). The clerk of court provided plaintiff with a complete set of forms needed for filing a motion to proceed *in forma pauperis*, and the undersigned allowed plaintiff thirty days in which to do so or pay the $400.00 filing fee.[1] Plaintiff was advised that his case could not proceed until he either paid the filing fee or filed a properly completed *in forma*

---

[1] In the order, the undersigned erroneously directed the clerk to send the forms to the defendant. The clerk, however, sent the forms to plaintiff.

*pauperis* motion and that failure to comply with the order would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.  After plaintiff failed to comply within the time allowed, the undersigned entered another order directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  More than fourteen days have passed and plaintiff has not responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 23rd day of March, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

Case No. 5:16cv14/LC/CJK

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 5:16cv14/LC/CJK